IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ERIN L. BRADIGAN | ) |
| | ) Chapter 13 |
| | ) |
| Debtor(s) | ) |
| | ) Bk. Case No: 15-10467 |

### FIRST MOTION TO MODIFY PLAN

Come now, Erin L. Bradigan, Debtor in the above captioned matter, by and through the undersigned counsel, Tiffany A. Poole, Esquire, and requests that this Honorable Court permit the modification of the Chapter 13 Plan in the following manner and for the following reasons:

1. The plan is modified to increase the arrears to Wells Fargo per POC #3.

2. The amount to unsecured creditors has not changed.

WHEREFORE the Debtor asks that the Honorable Court grant the Motion to Modify.

                                        RAHAIM & SAINTS

                                        /s/ Tiffany A. Poole, Esq.
                                        TIFFANY A. POOLE, ESQUIRE
                                        Rahaim & Saints
                                          2055 Limestone Road, Suite 211
                                        Wilmington, DE 19808
                                        (302) 892-9200
                                        Attorney for Debtor

Date: 7/13/2015