IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ERIN L. BRADIGAN | ) |
| | ) Chapter 13 |
| | ) |
| Debtor(s) | ) |
| | ) Bk. Case No: 15-10467 |

## SECOND MOTION TO MODIFY PLAN

Come now, Erin L. Bradigan, Debtor in the above captioned matter, by and through the undersigned counsel, Tiffany A. Poole, Esquire, and requests that this Honorable Court permit the modification of the Chapter 13 Plan in the following manner and for the following reasons:

1. The plan is modified to add post petition mortgage arrears.

2. The plan is modified to cure the plan delinquency.

WHEREFORE the Debtor asks that the Honorable Court grant the Motion to Modify.

    RAHAIM & SAINTS

    /s/ Tiffany A. Poole, Esq.
    TIFFANY A. POOLE, ESQUIRE
    Rahaim & Saints
    2055 Limestone Road, Suite 211
    Wilmington, DE 19808
    (302) 892-9200
    Attorney for Debtor

Date: 8/30/2017